# COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT: LEWIS BENNETT (J) *Not present*  CASE NO: 17-5030-SNOW

SAUSA: EMILY ROSE and ✓  AUSA KURT LUNKENHEIMER ✓  ATTY: MARC SHINER, ESQ. (Retained) ✓ *telephonic appearance*  PAUL WALSH, ESQ. (Retained) *not present*

AGENT: FBI  VIOL: 18:2314

PROCEEDING: STATUS  RECOMMENDED BOND:

BOND HEARING HELD - yes / no  COUNSEL APPOINTED:

BOND SET @: $250,000 CSB w/Nebbia w/right to re-visit  To be cosigned by:

*Court finds the time from September 11, 2017 through September 26, 2017 shall be deemed excludable as the Defendant is unavailable owing to the recent events relating to Hurricane Irma.*

*Both parties have no objection to the excludable time.*

☐ Curfew: _____

☐ Travel extended to: _____

| | | | | | |
|---|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | | JUDGE: | PLACE: |
| INQUIRY RE COUNSEL | | | | | |
| PTD/BOND HEARING | | | | | |
| PRELIM/(ARRAIGNMENT) | 9/26/17 | 12:00 pm | | Snow | Fort Lauderdale |

For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATE: 9-19-17  TIME: 10:30 a.m.  DAR: 10:27:59 – 10:32:03